UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMIN AL BAKRI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08–1307 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court is in receipt of petitioner's petition for habeas corpus. Because it does not plainly appear from the petition that petitioner is not entitled to habeas corpus relief, *see* 28 U.S.C. § 2243; Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, it is hereby

**ORDERED** that respondents shall file an answer, motion, or other response by not later than September 4, 2008, and it is further

**ORDERED** that respondents shall address the question of whether this case should be consolidated with Civil Action No. 06-1669 (JDB) for resolution of the legal question of whether this Court has jurisdiction over the habeas petition of a petitioner detained at Bagram Air Base in Afghanistan.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   August 4, 2008