IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMIN AL BAKRI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-CV-01307 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.* ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE**

NOTICE IS GIVEN that lead counsel for respondents is the following attorney:

JEAN LIN
Trial Attorney
Federal Programs Branch
Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 514-3716
Fax: (202) 616-8470
E-mail:  jean.lin@usdoj.gov

Dated: August 4, 2008                              Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Directory, Federal Program Branch

  /s/   Jean Lin
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax: (202) 616-8470

Attorneys for Respondents